487 A.2d 345

**ESTATE OF Mone S. FRIDENBERG, Deceased**

v.

**The TRUSTEES OF the UNIVERSITY OF PENNSYLVANIA.**

**Appeal of FIDELITY BANK, Trustee, and Albert Einstein Medical Center and the American Cancer Society, New York Division, Inc., Beneficiaries.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1985.

Decided Feb. 7, 1985.

Israel Packel, Philadelphia, for appellant.

Edwin H. Rouh, Jr., William C. Bullitt, Philadelphia, Lawrence Barth, Sr. Deputy Atty. Gen., Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

Order of Commonwealth Court, vacated and matter transferred to Superior Court for expedited consideration.